UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARLENE A. MIELE,                           :

             Plaintiff,                :          ORDER

            -against-                     :          07 Civ. 3227 (CM)(KNF)

MICHAEL J. ASTRUE, COMMISSIONER OF           :
SOCIAL SECURITY,
                                                         :
             Defendant.                :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In a writing dated February 11, 2008, the plaintiff has requested that the time for her to respond to the defendant's outstanding motion for judgment on the pleadings be enlarged by thirty (30) days; the application is granted.

      Therefore, the milestone dates reflected in the order of the Court dated January 14, 2008, are enlarged by thirty (30) days. No additional request of this ilk made by the plaintiff will be entertained by the Court.

Dated: New York, New York
          February 19, 2008

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Marlene A. Miele
Susan D. Baird, Esq.