UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARLENE MIELE,

                Plaintiff,                07 **CIVIL** 3227 (CM)(KNF)

    -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.               **SCANNED**
-------------------------------------------------------------X

       Whereas on May 7, 2008, the Honorable Kevin N. Fox, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that defendant's motion for judgment on the pleadings be granted, and the said matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court thereafter, on June 9, 2008 having rendered its Memo Endorsed Order adopting the report and granting defendant's motion for judgment on the pleadings, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memo Endorsed Order dated June 9, 2008, defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
          June 11, 2008

                                                  **J. MICHAEL McMAHON**
                                                     **Clerk of Court**
                                 **BY:**
                                                     **Deputy Clerk**

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON _____